# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1260

_____

David L. Parrish,                                    *
                                                     *
            Appellant,                               *
                                                     *
     v.                                              *   Appeal from the United States
                                                     *   District Court for the
State of Nebraska; Nebraska Workers'                 *   District of Nebraska.
Compensation Court; United States                    *
Fidelity & Guarantee, doing business as              *        [UNPUBLISHED]
USF&G; Holiday Inn, doing business                   *
as Omaha Hotel, Inc., doing business as              *
Brandywines, doing business as                       *
Brandywines Nightclub and Casino,                    *
doing business as Omaha Restaurant,                  *
Inc.; Melvin C. Hansen, doing business               *
as Hansen, Engles & Locher; Joseph                   *
Grant, doing business as Gaines,                      *
Mullen, Pansing & Hogan,                             *
                                                     *
            Appellees.                               *

_____

Submitted: August 30, 2001
     Filed: September 4, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

David Parrish appeals the district court's[1] orders dismissing his action based on immunity and lack of jurisdiction, and denying appointment of counsel. Upon de novo review, <u>see</u> <u>Rose v. U.S. Dep't of Educ.</u>, 187 F.3d 926, 928 (8th Cir. 1999); <u>Clarinda Home Health v. Shalala</u>, 100 F.3d 526, 528 (8th Cir. 1996), we conclude the district court did not err in denying appointment of counsel, and we affirm the dismissal for the reasons stated in the district court's order. <u>See</u> 8th Cir. R. 47B.

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1] The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.